**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1720**

———————

MILES L. WATERS,

                              Plaintiff - Appellant,

        versus

MOTOR VEHICLE ADMINISTRATION,

                              Defendant - Appellee,

        and

LARRY WESCOTT; GEORGE ATKINSON; RALPH JACKSON,
Fixed Assets Sup.,

                              Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
04-1254; CA-04-1255)

———————

Submitted:  November 17, 2005        Decided:  November 22, 2005

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Miles L. Waters, Appellant Pro Se.  Leight Douglas Collins,
Assistant Attorney General, Robert Carson Cain, II, OFFICE OF THE
ATTORNEY GENERAL, Glen Burnie, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Miles L. Waters appeals the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Waters v. Motor Vehicle Admin., Nos. CA-04-1254, CA-04-1255 (D. Md. Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED